STATE OF NEW JERSEY v. GIACOMO MARVASI.

May 10, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT SHAVE.

May 10, 1988.

Petition for certification granted, limited solely to the issue of defendant's awareness of the parole consequences of a sentence to the Adult Diagnostic and Treatment Center, and the matter is remanded to the trial court for resentencing in light of *State v. Howard*, 110 *N.J.* 113 (1988).

Jurisdiction is not retained.

STATE OF NEW JERSEY v. THOMAS LUISSER.

May 10, 1988.

Petition for certification denied.